IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DUSTIN BLACKBURN                                                             PLAINTIFF

V.                              CASE NO. 3:14-CV-3023

JASON DAY, Jail Administrator, Boone
County Detention Center; and SHERIFF
MOORE, Boone County, Arkansas                                          DEFENDANTS

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 17) filed in this case on January 22, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Dismiss (Doc. 14) is **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**. All other pending motions are **DENIED** as **MOOT**.

IT IS SO ORDERED on this 20th day of February, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE